# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MONIQUE STEWART,**

        Plaintiff,

        V.        CASE NUMBER: **03-C-745**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Monique Stewart's appeal is GRANTED pursuant to sentence four of 42 U.S.C. § 405(g). The final decision of the Commissioner of the Social Security Administration that Stewart is not disabled based on her application for supplemental security income with a December 19, 2000, protective filing date is REVERSED. This case is REMANDED to the Commissioner of the Social Security Administration for further proceedings. This case is hereby DISMISSED.**

     September 30, 2005                               **SOFRON B. NEDILSKY**
Date                                                          Clerk

                                                                s/ Linda M. Zik
                                                                (By) Deputy Clerk